# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:12CR2 |
| vs. ) | |
| ) | ORDER |
| KON NEYAL, ) | |
| ) | |
| Defendant. ) | |

Defendant Kon Neyal (Neyal) appeared before the court on May 23, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 2). Neyal was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Andrea E. Belgau. Through his counsel, Neyal waived a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). The court finds there is probable cause to believe Neyal has violated the conditions of his supervised release as alleged, and Neyal should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention pending the dispositional hearing. Neyal requested release on conditions. Considering the nature of the charges in this matter, the circumstances of the defendant's arrest, and the defendant's past criminal history, the court finds Neyal has failed to carry his burden under 18 U.S.C. § 3143 to show by clear and convincing evidence he is not a danger to the community. Neyal will be detained pending his dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on June 21, 2012.** Defendant must be present in person.

2. Defendant Kon Neyal is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 30th day of May, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge