IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR2 |
| | ) | |
| v. | ) | |
| | ) | |
| KON NEYAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On June 21, 2012, the defendant appeared on a petition for warrant or summons for offender under supervision (Filing No. 2). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented b Martin J. Conboy, IV, Assistant Untied States Attorney. The defendant admitted that Allegation No. 1 contained within the petition is true, and the Court found defendant to be in violation of conditions of his supervised release. The Court proceeding to a dispositional hearing.

IT IS ORDERED that the defendant is placed back on supervised release for a term of eighteen (18) months, subject to the same terms and conditions as previously imposed.

DATED this 26th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court